IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**UNITED STATES OF AMERICA**

v.                                                          **CRIMINAL NO. 3:19cr28HTW-FKB**

**ELBERT SILAS**

### ORDER

On November 12, 2020, this court ordered each of the parties in this case to advise this court by 4:00 p.m. on November 19, 2020, of the status of this case. Attorney Jarrod Mumford, the attorney of record for this case submitted a status report on November 20, 2020, informing this court that he no longer represents this defendant.

Attorney Mumford entered an appearance in this case on April 2, 2019, as attorney of record for the defendant Elbert Silas. He has not been withdrawn nor sought to be allowed to withdraw from representation in this case, and no order has been entered by this court allowing such withdrawal. Further, no other attorney has entered an appearance. Therefore, Attorney Jarrod Mumford is still the sole attorney of record for Defendant Elbert Silas. This court directs attorney Jarrod Mumford to submit his status report informing the court of the current status of this matter, whether this case is still a live controversy or has been settled or is on the verge of settlement. This report shall be submitted to the court no later than 10:00 a.m. on Monday, November 23, 2020, by filing on the court's electronic record.

**SO ORDERED**, this the 20th day of November, 2020.

s/ HENRY T. WINGATE
UNITED STATES DISTRICT JUDGE